JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILSE PAOLA HERNANDEZ MORALES,<br><br>      Petitioner,<br><br>vs.<br><br>MARKWAYNE MULLIN, et al.<br><br>      Respondents. | CASE NO. 5:26-cv-1308-SK<br><br>**JUDGMENT** |

Pursuant to the Order Granting Petition for Writ of Habeas Corpus**, IT IS ADJUDGED** that the Petition is granted as set forth in that Order.

The Clerk of Court is directed to close this case.

DATED: <u>April 29, 2026</u>

                                    HON. STEVE KIM
                                    United States Magistrate Judge

1